**Electronically Filed**
**Supreme Court**
**SCWC-11-0000505**
**27-MAR-2012**
**09:04 AM**

NO. SCWC-11-0000505

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

RANDOLPH GOLDMAN, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000505; CASE NO. 1DTI-10-144505)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ. and
Circuit Judge Garibaldi, in place of Duffy, J., recused)

Petitioner/defendant-appellant Randolph Goldman's

application for writ of certiorari, filed on February 14, 2012,

is hereby rejected.

DATED:  Honolulu, Hawai'i, March 27, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Colette Y. Garibaldi

